**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel A. VOGEL, Jr., Defendant–Appellant.**

No. 06–6975.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 6, 2006.

Decided: Nov. 3, 2006.

Daniel A. Vogel, Jr., Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel A. Vogel, Jr., appeals the district court's order denying Vogel's petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vogel*, No. 2:91–cr–00440–DCN, 2006 WL 1074899 (D.S.C. Apr. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*